UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 18-00211 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LOUIS JONES | MAGISTRATE JUDGE KAY |

### ORDER

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #28] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. #24], and concurring with the finding of the Magistrate Judge under applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the **GUILTY PLEA** entered by defendant Louis Jones on October 31, 2018 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the Court, pursuant to the provisions of Federal Rule of Criminal Procedure 11. Defendant is adjudged guilty of Possession of a Firearm and Ammunition by a Convicted Felon, as charged in Count One of the Indictment.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 5th day of November, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT